ORIGINAL

Adrian E. Blair

729 Woodcrest Dr.

Grand Prairie, Texas 75052-6922

PH: 214-462-8908

**SUBJ: Notice of Related Case(s)**

July 1, 2015

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 JUL -1  PM 1:57

DEPUTY CLERK ___Ray___

3-15CV-2204B

**Petition for Review**: Final Order, dated May 11, 2015

Docket Number: DA-1221-14-0654-W-1

Honorable, J. Alick Henderson

Adrian E. Blair v. Department of Veterans Affairs

Dismissed for lack of jurisdiction for a 14-day suspension. I had 60 days to appeal the Petition for Review.

**Congressional Inquiry** dated June 1, 2015

Congresswoman Eddie Bernice Johnson

Agency responded to the inquiry for a classification appeal.

Respectfully Submitted,

*[signature]* 7/1/2015

Adrian E. Blair

729 Woodcrest Dr.

Grand Prairie, Texas 75052-6922

PH. 214-462-8908